United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

       Petitioner,

   v.

GOVERNOR GAVIN NEWSOM, et al,

       Respondents.

Case No.  25-cv-10503-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On December 5, 2025, petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day the action was filed the Court sent a notification to petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application.  The Clerk of the Court sent petitioner a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and petitioner has neither paid the filing fee nor returned the completed IFP application.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:   June 2, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge